**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

**SIDI MOHAMED ABDERRAHMANE DAHY,**

      Plaintiff(s),

**v.**                                              Civil Action No. 1:17-cv-01040-LMB-MSN

**EXPERIAN INFORMATION SOLUTIONS,
INC., and RENTGROW, INC. d/b/a YARDI
RESIDENT SCREENING**

      Defendant(s).

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE BY PLAINTIFF AND
DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.**

Plaintiff, Sidi Mohamed Abderrahmane Dahy, and Defendant, Experian Information Solutions, Inc. ("Experian"), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause against Experian only should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

                                          Respectfully submitted,

                                          **SIDI MOHAMED ABDERRAHMANE DAHY**

                                          By    /s/ Drew D. Sarrett
                                                     Counsel

Drew D. Sarrett (VSB No. 81658)
The Sarrett Law Firm PLLC
513 Forest Avenue, Suite 205
Richmond, Virginia 23229
(804) 303-1951; (804) 250-6005 (fax)
drew@sarrettlawfirm.com
*Counsel for Plaintiff(s)*

Respectfully submitted,

**EXPERIAN INFORMATION SOLUTIONS, INC.**

By    /s/ David N. Anthony
              Counsel

David N. Anthony (VSB No. 31696)
Troutman Sanders LLP
1001 Haxall Point
Richmond, VA 23219
(804) 697-5410; (804) 698-5118
david.anthony@troutmansanders.com
*Counsel for Experian Information Solutions, Inc.*

## CERTIFICATE OF SERVICE

I, Drew D. Sarrett, counsel for Sidi Mohamed Abderrahmane Dahy, certify that on March 20, 2018, the foregoing will be filed electronically with the ECF filing system of the U.S. District Court for the Eastern District of Virginia, which will electronically notify counsel of record of such filing.

                    /s/ Drew D. Sarrett
                      Drew D. Sarrett