IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| SIDI MOHAMED ABDERRAHMANE DAHY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) )  Case No. 1:17-cv-01040-LMB-MSN |
| EXPERIAN INFORMATION SOLUTIONS, INC., et al., | ) ) ) ) |
| Defendants. | ) ) |

## **DEFENDANT RENTGROW, INC.'S WITNESS LIST**

Pursuant to the November 21, 2017 Scheduling Order entered in this matter and Federal Rule of Civil Procedure 26(a)(3), Defendant RentGrow, Inc. hereby submits its Witness List for trial as follows:

**A. Witnesses RentGrow Expects to Present**

1. Patrick J. Hennessey, Vice President and General Manager, RentGrow, Inc.

**B. Witnesses RentGrow May Call if the Need Arises**

1. Kathy Bass, Team Leader, Customer Service, RentGrow, Inc.

2. Dean Lahlou, former Leasing Consultant, JBG Companies (Lynbrook at Mark Center)

3. Amanda Hoover, Senior Legal & Compliance Specialist, Experian Consumer Affairs (MCE Department)

4. Kimberly Cave, Compliance & Litigation Analyst, Experian Consumer Affairs

5. Mohammed Mamdouh Khalil (cosigner on Plaintiff's lease at Eos-21)

Dated: April 18, 2018                    Respectfully submitted,


            /s/  Kenneth J. Nichols
Kenneth J. Nichols (Va. Bar No. 71320)
*Counsel for Defendant*
*RentGrow, Inc.*
NIXON PEABODY LLP
799 Ninth Street, NW, Suite 500
Washington, D.C. 20001-4501
(202) 585-8185 (telephone)
(202) 585-8080 (facsimile)
knichols@nixonpeabody.com


Matthew J. Frankel (admitted *pro hac vice*)
*Counsel for Defendant*
*RentGrow, Inc.*
NIXON PEABODY LLP
100 Summer Street, 25th Floor
Boston, Massachusetts 02110
(617) 345-1038 (telephone)
(866) 519-4467 (facsimile)
mfrankel@nixonpeabody.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of April, 2018, I caused a true and correct copy of the foregoing Defendant RentGrow, Inc.'s Witness List to be filed with the Court's Electronic Case Filing System, which will then send a notification of filing to the following counsel of record:

>Drew D. Sarrett, Esq.
>THE SARRETT LAW FIRM, PLLC
>513 Forest Avenue, Suite 205
>Richmond, Virginia 23229
>drew@sarrettlawfirm.com
>
>*Counsel for Plaintiff*
>*Sidi Mohamed Abderrahmane Dahy*

>          /s/  Kenneth J. Nichols
>Kenneth J. Nichols (Va. Bar No. 71320)
>***Counsel for Defendant***
>***RentGrow, Inc.***
>NIXON PEABODY LLP
>799 Ninth Street, NW, Suite 500
>Washington, D.C. 20001-4501
>(202) 585-8185 (telephone)
>(202) 585-8080 (facsimile)
>knichols@nixonpeabody.com