# EXHIBIT E
## Sidi Dahy
## Tenant Screening Report
## (RG00001 – RG00009)

## YARDI Resident Screening Exec - Sidi Mohamed Dahy

Lynbrook at Mark Center (H9817)

---

### Application Recommendation

GROUP RECOMMENDATION:  PENDING - IF ACCEPTED, CO-SIGNER REQUIRED

---

### Applicant Information

NAME: Sidi Mohamed Dahy

SSN: xxx-xx-7165

DOB: REDACTED1966

CURRENT ADDRESS: 3105 Edenborn AV Apt 805, Metairie, LA, 70002

---

### Additional Applicant Information

**Residence History**

This applicant has rented or owned.

TIME AT CURRENT ADDRESS: 0 years 10 months

**Employment/Income**

PRIMARY INCOME: $2667 per month

PROPOSED RENT: $1265

RENT/INCOME: 24%

Additional Income:

- Additional Applicant: $2600 per month

### Individual Recommendation

REJECT Applicant

---

### Additional Information

**Reasons for Recommendation**

- Severe Level of Collection Items

**Items to Review**

- Number of inquiries in the Past 6 Months
- CHECKPOINT MESSAGE in Bureau Report
- Inquiry from Apartment Community
- Rental History Records Found

---

| SERVICE | REQUEST DATE | COMPLETED DATE | STATUS |
|---|---|---|---|
| Credit Report | 09/24/2015 6:17 PM | 09/24/2015 6:17 PM | Complete |
| Criminal Search | 09/24/2015 6:17 PM | 09/28/2015 3:58 PM | Meets Property Requirements |
| | | | No National Sex Offender Records Found |
| | | | No Criminal Records Found |
| | | | No Custom Criminal Records Found |
| Premium National Civil Court Records Search | 09/24/2015 6:17 PM | 09/24/2015 6:17 PM | Meets Property Requirements |
| | | | No Civil Court Records Found |
| Rental History Search | 09/24/2015 6:17 PM | 09/24/2015 6:17 PM | Meets Property Requirements |
| | | | Records Found |
| OFAC Name Search | 09/28/2015 4:19 PM | 09/28/2015 4:19 PM | No Matches Found |

### EXPERIAN CREDIT REPORT

### PERSONAL INFORMATION

Name: SIDI  M  DAHI

Also Known As:  DAHI  SIDI  OULD

Also Known As:  SIDI  MOHAMED

Also Known As:  SIDI  OULD  DAHI

Also Known As:  OULDDAHI  SIDI

Also Known As:  OUDDAHI  SIDI

Date of Birth: REDACTED1966

| PRIMARY ADDRESS | OTHER ADDRESSES |
|---|---|

RG00001

| Address: | 2052 21ST DR APT DR6E | | Address: | 3105 EDENBORN AV APT 805 |
| | BROOKLYN NY 11214-6304 | | | METAIRIE LA 70002-4709 |
| Filed: | 05/30/2015 | | Filed: | 12/4/2014 |
| | | | Address: | 3420 EDENBORN AV APT 237 |
| | | | | METAIRIE LA 70002-3371 |
| | | | Filed: | 09/4/2014 |

**EMPLOYMENT**

# REDACTED

**CHECKPOINT MESSAGES**

0085 SSN DOES NOT MATCH

CREDIT ESTABLISHED PRIOR TO SSN ISSUE DATE

SSN issued between 2009 and 2010

**Credit Summary**

# REDACTED

**Trade References**

# REDACTED

REDACTED

RG00003

REDACTED

RG00004

REDACTED

RG00005

REDACTED

# REDACTED

**Bureau Information**

 *Credit Report*

Experian  P.O Box 2104  Allen  TX  75013

**PREMIUM NATIONAL CRIMINAL RECORDS SEARCH**

| REQUEST DATE | COMPLETED | STATUS |
|---|---|---|
| 09/24/2015 6:17 PM | 09/24/2015 6:17 PM | Meets Property Requirements |
| | | No National Sex Offender Records Found |
| | | No Criminal Records Found |

**CUSTOM CRIMINAL RECORDS SEARCH**

| REQUEST DATE | COMPLETED | STATUS |
|---|---|---|
| 09/24/2015 6:17 PM | 09/28/2015 3:58 PM | Meets Property Requirements |

RG00007

No Criminal Records Found

---

**PREMIUM NATIONAL CIVIL COURT RECORDS SEARCH**

| REQUEST DATE | COMPLETED | STATUS |
|---|---|---|
| 09/24/2015 6:17 PM | 09/24/2015 6:17 PM | Meets Property Requirements |
| | | No Civil Court Records Found |

---

**RENTAL HISTORY SEARCH**

| REQUEST DATE | COMPLETED | STATUS |
|---|---|---|
| 09/24/2015 6:17 PM | 09/24/2015 6:17 PM | Meets Property Requirements |
| | | Records Found |

**PERSONAL INFORMATION**

Name: Sidi Mohammed    Dahy                                    SSN: XXX-XX-7165

DOB: REDACTED 1966                                             DL:  DL State:

Address: 5513 Trent Ct  APT 513111  Alexandria, VA  22311

Employment: Ihab Trading -  Assistant Manager; Annual Income: 3500   Years on Job:

−          Tenant Information


Lease Address: 5513 Trent Ct  APT 513111  Alexandria, VA  22311

Property Information: The JBG Companies  Lynbrook at Mark Center

Property Address: 5411-A Sheffield Court    Alexandria, VA  22311

Reasons for Recommendation:

This Payment History meets requirements

Lease information:

  Begin:          Aug 18, 2012                Move in:              Jan 18, 2012

  End:            Jun 17, 2013                Move out:             Jun 17, 2013

  Notice:

Payment History:

| 2013 - 2012 | | Jul | Jun | May | Apr | Mar | Feb | Jan | Dec | Nov | Oct | Sep | Aug |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | . | P | P | P | P | P | P | P | P | P | P | P |

| 2012 - 2011 | | Jul | Jun | May | Apr | Mar | Feb | Jan | Dec | Nov | Oct | Sep | Aug |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | P | P | P | P | P | P | . | . | . | . | . | . |

W - Rent Write-off      U - Non-Rent Write-off      O - Outstanding balance      N - NSF    L - Late    P - Paid as Agreed

Rent:      $1240.00          Total Rent Paid:              $23106.10          Total Write-Offs:              $0.00

−          Consumer Dispute Contact


To Contact RentBureau: P.O. Box 26    Allen, TX  75013    1-877-704-4519

---

**OFAC/SDN SEARCH**

| REQUEST DATE | COMPLETED | STATUS |
|---|---|---|
| 09/28/2015 4:19 PM | 09/28/2015 4:19 PM | No Records Found |
| **Database(s) Searched:** | US Treasury Department - OFAC - SDN & Blocked Persons | |

Public Records Disclaimer (Click here to Open/Close)

---

*PUBLIC RECORDS DISCLAIMER AND CUSTOMER ACKNOWLEDGEMENT*

*RentGrow, Inc. dba Yardi Resident Screening (YRS) uses reasonable procedures in its effort to provide*

**RG00008**

*reportable civil and criminal public records information (the "Data") with maximum accuracy. By accepting and using the Data in this Tenant Screening Report (TSR), you expressly acknowledge and agree:*

- *YRS will omit, in whole or in part, Data that YRS is not permitted to report in accordance with the Federal Fair Credit Reporting Act, 15 U.S.C. 1681 et seq., as amended (the "FCRA") or other applicable laws and regulations.*

- *You are strictly prohibited from using the TSR or any of the Data except as permitted by the underlying screening agreement that applies to you.*

- *The Data obtained by YRS is maintained, updated and furnished to YRS by third-parties including public agencies, vendors and the three major credit bureaus. Because there are no national standards for the way certain information contained in the Data is stored, updated or accessed, the quality and completeness of Data will vary based on the state, county and jurisdiction where it originated.*

- ***It is your responsibility to provide complete and accurate applicant information to YRS.*** *Incorrect or incomplete identifiers provided by you to YRS (such as an applicant's name, date of birth, and social security number) may result in a TSR that is incorrect or incomplete.*

- ***YRS does not rent properties and does not make any rental decisions.*** *All tenant qualification criteria are established exclusively by you, your parent company or other third party to whom you are accountable (such as an asset manager or property owner).*

**Processing Information**

DATE ENTERED: 09/24/2015 06:17 PM

INPUT BY: dlahlou

POLICY: JBGR03

Reference: 19628868