# EXHIBIT I
# 9-25-15 RentGrow yCRM Report

| | | | | |
|---|---|---|---|---|
| **Case ID:** | 2868116 | | **Creation Date:** | 09/25/2015 |
| **Client Pin#:** | 100064967 | | **Created By:** | Kathy Bass |
| **Client Name:** | JBG Residential | | **Age:** | 0 days 0:0 |
| **Case Contact:** | client | | **Status:** | Closed |
| **Case Priority:** | Medium | | **Status Date:** | 09/25/2015 |
| **Issue Type:** | RS Results \| Credit Report | | **Sec Status:** | |
| **Module:** | ResidentScreening | | **Sec Status Date:** | 09/25/2015 |
| **Client Team:** | Resident Screening | | **Total Units Billed:** | 0 |
| **Case Team:** | Resident Screening | | **Total NonBilled:** | 0 |
| **Assigned To:** | Kathy Bass | | **Total NonBill ASP:** | 0 |
| **Program Version:** | ResidentScreening | | | |
| **Brief Description:** | Sidi Mohamed Dahy; client rejected for Severe collections. Prop is suppressed. Per client applicant says we're wrong he has good credit. I advd he can cl our C/R dept a/o file out a RFI form to find out what's on his credit a/o he can contact Experian. | | | |
| **Full Description:** | | | | |

### Solution

| Solution ID | Created By | Date Created | Status | Description | Solution |
|---|---|---|---|---|---|
| No Data Found | | | | | |

### Notes

| Creation Date | Notes Type | Notes | | | |
|---|---|---|---|---|---|
| No Data Found | | | | | |

### Activity History

| Activity Type | Activity Date | Activity By | Status Changed From | Status Changed To | Comments |
|---|---|---|---|---|---|
| Update Status | 09/25/2015 | Kathy Bass | | Closed | |
| Phone Call | 09/25/2015 | Kathy Bass | | | |

### Assignment History

| Assigned To | Assignment Date | Comments |
|---|---|---|
| Kathy Bass | 09/25/2015 | |

RG00029